JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JOSE JAVIER PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC. et al.,<br><br>　　　　Defendants. | Case № 2:22-cv-00780-ODW (AFMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

February 13, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**